UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GARY MARCHBANKS,            )
                            )
         Petitioner,        )     Case No. 1:05-cv-859
                            )
v.                          )     Honorable Wendell A. Miles
                            )
KURT JONES,                 )
                            )
         Respondent.        )
_____)

## JUDGMENT

In accordance with the Opinion entered this day:

**IT IS ORDERED** that Petitioner's amended application for habeas corpus relief be DISMISSED without prejudice pursuant to Rule 4 of the Rules Governing § 2254 Cases for lack of exhaustion of available state-court remedies.

**IT IS FURTHER ORDERED** that a certificate of appealability is DENIED because a reasonable jurist could not conclude either that the district court erred in dismissing the petition for failure to exhaust or that the petitioner should be allowed to proceed further. *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

Dated: April 11, 2006                        /s/ Wendell A. Miles
                                             Wendell A. Miles
                                             Senior U.S. District Judge